UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21799-CIV-GARBER

GLADYS CHINCHILLA,

    Plaintiff,

v.

SFM SERVICES, INC., a Florida
for profit corporation; JOSE F.
INFANTE, JR., and CHRISTIAN
INFANTE,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

THIS CAUSE is before the Court on the defendants' Unopposed Motion for Stay of Proceedings [DE 20]. The Court finds that good cause has been set forth in said Motion, and being otherwise advised in the premises, it is hereby

ORDERED that said Unopposed Motion for Stay of Proceedings is GRANTED. The parties shall forthwith advise the Court when the Petition for Writ of Certiorari pending in the Miami-Dade Circuit Court is resolved.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of December, 2008.

_____
BARRY L. GARBER
U.S. MAGISTRATE JUDGE