UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21799-CIV-Lenard/Garber

GLADYS CHINCHILLA,

    Plaintiff,

v.

SFM SERVICES, INC., a Florida
for profit corporation, and JOSE F.
INFANTE, JR., and CHRISTIAN
INFANTE,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court *sua sponte*. The Court has previously entered a stay in this cause pending a resolution of the action pending in the Circuit Court of the Eleventh Judicial Circuit of Florida.

The Court has received plaintiff's Notice of Filing Compliance Agreement [DE 24]. Said Agreement does not mention a disposition of the state action as required by the Court's stay Order. Accordingly, it is hereby

ORDERED that plaintiff forthwith advise the Court of the status of the state action.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of June, 2010.

                                                           BARRY L. GARBER
                                                           UNITED STATES MAGISTRATE JUDGE