UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21799-CIV-GARBER

GLADYS CHINCHILLA,

    Plaintiff,

v.

SFM SERVICES, INC., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Joan A. Lenard. Pursuant to such reference, the Court has received Defendant's Unopposed Motion for Stay of Proceedings [DE 20], Plaintiff's Notice of Filing Compliance Agreement, [DE 24], and Plaintiff's Notice of Status of State Court Action [DE 26].

On December 23, 2008, the Court issued an Order staying the proceedings and requesting that "[t]he parties . . . advise the Court when the Petition for Writ of Certiorari pending in the Miami-Dade Circuit Court is resolved." DE 22 at 1. On May 17, 2010, Plaintiff Gladys Chinchilla ("Plaintiff") filed the Compliance Agreement Between Miami-Dade County and South Florida Maintenance Services [DE 24-1] and requested that the Court lift the stay. On June 8, 2010, the Court issued an Order [DE 25] requesting that Plaintiff advise the Court of the disposition of the state action. On June 14, 2010, Plaintiff filed a Notice of Status of State Court Action, explaining that "the parties to the state court action . . . have settled the state court litigation as provided in their . . . Compliance Agreement and have filed a stipulation of voluntary dismissal with the Circuit Court of Miami Dade County, Florida." [DE 26 at 1]. Because the parties to the state court action have

resolved their case, and Plaintiff has advised the Court accordingly, Plaintiff's Fair Labor Standards Act claim may proceed. Accordingly, it is hereby

ORDERED that Plaintiff's request to lift the stay of proceedings in this action be GRANTED. It is further

ORDERED that a status conference will be held in this cause on **Tuesday, the 24th day of August, 2010, at 10:00 A.M.** in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 N.E. 4th Street, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 28th day of July, 2010.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE